IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **OCEAN VISTA TOWERS CONDOMINIUM, INC.** | § § § | |
| *Plaintiff*, | § § § § | |
| V. | § § § | **CIVIL ACTION NO. 1:24-cv-00170** |
| **THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY** | § § § § § | |
| *Defendant*, | § § | |

**DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES**

To the Honorable Judge Rolando Olvera:

    Defendant submits this Disclosure of Interested Parties pursuant to this Court's Order for Conference and Disclosure of Interested Parties and discloses the following:

| | |
|---|---|
| Ocean Towers Condominium, Inc. | Plaintiff |
| Omar Ochoa<br>OMAR OCHOA LAW FIRM PC<br>121 N. 10th Street<br>McAllen, Texas 78501<br>Telephone: 956-630-3266<br>OOCHOA@OMAROCHOALAW.COM | Attorney for Plaintiff |
| Victor Rodriguez Jr.<br>VICTOR RODRIGUEZ LAW FIRM PLLC<br>121 N. 10th Street<br>McAllen, Texas 78501<br>Telephone 956-630-3266<br>VICTOR@VRODRIGUEZLAW.COM | Attorney for Plaintiff |

| | |
|---|---|
| The Hartford Steam Boiler Inspection and Insurance Company | Defendant |
| Andrew J. Sarne<br>KANE RUSSELL COLEMAN LOGAN, P.C.<br>5151 San Felipe Suite 800<br>Houston, Texas 77056<br>Telephone: 713-425-7400<br>Facsimile: 713-425-7700<br>ASARNE@KRCL.COM | Attorney-in-Charge for Defendant |
| Christopher C. Pappas<br>KANE RUSSELL COLEMAN LOGAN, P.C.<br>5151 San Felipe Suite 800<br>Houston, Texas 77056<br>Telephone: 713-425-7400<br>Facsimile: 713-425-7700<br>CPAPPAS@KRCL.COM | Attorney for Defendant |
| Logan R. Burke<br>KANE RUSSELL COLEMAN LOGAN, P.C.<br>5151 San Felipe Suite 800<br>Houston, Texas 77056<br>Telephone: 713-425-7400<br>Facsimile: 713-425-7700<br>LBURKE@KRCL.COM | Attorney for Defendant |
| Francis J. Leaf<br>KANE RUSSELL COLEMAN LOGAN, P.C.<br>5151 San Felipe Suite 800<br>Houston, Texas 77056<br>Telephone: 713-425-7400<br>Facsimile: 713-425-7700<br>FLEAF@KRCL.COM | Attorney for Defendant |
| HSB Group, Inc. | Holding company for Defendant |

Defendant reserves the right to amend this Disclosure.

7950989 v1 (21674.00473.000)

Respectfully submitted,

Date:   December 9, 2024

By: */s/ Andrew J. Sarne*
Andrew J. Sarne
State Bar No. 00797380
Federal I.D. 20437
ASARNE@KRCL.COM
KANE RUSSELL COLEMAN LOGAN PC
5151 San Felipe Street, Suite 800
Houston, Texas 77056
Telephone: 713.425.7400
Facsimile:  713.425.7700

**ATTORNEYS FOR DEFENDANT
THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE COMPANY**

Of Counsel:

Chris C. Pappas
State Bar No. 15454300
Federal I.D. 5966
CPAPPAS@KRCL.COM
Logan R. Burke
State Bar No. 24073978
Fed I.D. 1223421
LBURKE@KRCL.COM
Francis J. Leaf
State Bar No. 24138220
Southern District I.D. 3895087
FLEAF@KRCL.COM
KANE RUSSELL COLEMAN LOGAN PC
5151 San Felipe Street, Suite 800
Houston, Texas 77056
Telephone: 713.425.7400
Facsimile: 713.425.7700

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing document has been sent to all Parties pursuant to the Federal Rules of Civil Procedure on this the 9th day of December 2024.

              */s/ Andrew J. Sarne*
              Andrew J. Sarne

7950989 v1 (21674.00473.000)